UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:25-cv-01425-D-RN

| | | |
|---|---|---|
| TAMER K. ABU SHAMLA,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

This matter is before the Court on Defendants' motion to stay all deadlines in this case for the length of the current lapse in congressional appropriations plus 14 days after funding is restored. For good cause shown:

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. All deadlines in this case shall be stayed for the length of the current lapse in congressional appropriations plus 14 days after funding is restored. This order applies to any and all events and deadlines in the affected civil litigation (whether established by order, rule, or agreement), including but not limited to any scheduled proceedings, hearings, and/or discovery and pleading dates. This order does not pertain to trial dates, which shall be reset, if necessary, by separate order. Furthermore, the parties are warned that this order does not affect rights to or deadlines concerning appeal from any decision of this Court.

IT IS FURTHER ORDERED that this stay shall be lifted automatically at the designated expiration deadline, without further order of the Court.

SO ORDERED, this 27 day of October, 2025.

JAMES C. DEVER III
United States District Judge