IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CV-1425-D

| | | |
|---|---|---|
| TAMER K. ABU SHAMLA, Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services, et al., Defendants. | ) | |

For the reasons stated in defendants' memorandum of law in support of its motion to dismiss [D.E. 10], the court GRANTS defendants' motion to dismiss [D.E. 9] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint. The court DENIES as meritless plaintiff's motion to seal case [D.E. 12]. See Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 597 (1978); Gray Media Grp., Inc. v. Loveridge, 155 F.4th 330, 339 (4th Cir. 2025); United States ex rel. Oberg v. Nelnet, Inc., 105 F.4th 161, 170–71 (4th Cir. 2024); Doe v. Pub. Citizen, 749 F.3d 246, 265–66 (4th Cir. 2014); Media Gen. Operations, Inc. v. Buchanan, 417 F.3d 424, 428–29 (4th Cir. 2005); Va. Dep't of State Police v. Wash. Post, 386 F.3d 567, 575 (4th Cir. 2004); Stone v. Univ. of Md. Med. Sys. Corp., 855 F.2d 178, 180 (4th Cir. 1988); Rushford v. New Yorker Mag., Inc., 846 F.2d 249, 253 (4th Cir. 1988).

SO ORDERED. This 18 day of February, 2026.

JAMES C. DEVER III
United States District Judge